

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00100-CR

| | | |
|---|---|---|
| Charles Ray Penigar | § | From Criminal District Court No. 1 |
| | § | of Tarrant County (1424061D) |
| v. | § | December 22, 2016 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that Penigar was convicted of a third-degree felony. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
    Justice Sue Walker